# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**VS.**               **NO. 4:13CR00127-JLH**

**KEVYN ALLEN**                                                                    **DEFENDANT**

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #37) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Kevyn Allen for appearance at a hearing before United States Magistrate Judge Beth Deere on October 11, 2013, at 10:00 a.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 3rd day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE